UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation<br><br>BURBERRY LIMITED,<br>    a New York Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>EVER MODE, INC. and AMELIE ZHOU<br><br>    Defendants. | Civil Action No.:   08 CV 6437 (DAB) (GWG) |

**RULE 7.1 DISCLOSURE STATEMENT OF
PLAINTIFFS BURBERRY LIMITED (UK) AND BURBERRY LIMITED (US)**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Burberry Limited, a New York corporation and Burberry Limited, a United Kingdom corporation, nongovernmental corporate parties in the above-referenced matter, through their attorneys, submit the following Corporate Disclosure Statement. Burberry Limited is incorporated in New York and is a wholly-owned subsidiary of Burberry Group PLC, which is a public company traded on the London Stock Exchange. Burberry Limited is incorporated in the United Kingdom and is a wholly-owned subsidiary of Burberry Group PLC, which is a public company traded on the London Stock Exchange.

Dated: New York, New York
       July 18, 2008

STEPTOE & JOHNSON LLP

By: *[signature]*
Michael J. Allan
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

Lenor Marquis Segal
750 Seventh Avenue
New York, NY 10019
(212) 506-3900

*Attorneys for Plaintiffs*
*Burberry Limited (UK) and*
*Burberry Limited (US)*