United States District Court
Southern Distirict of New York

---

Burberry Limited, a United Kingdon Corporation,
Burberry Limited, a New York Corporation,

                          Plaintiff(s)

       -against-

Ever Mode, Inc. and Amelie Zhou,

                         Defendant(s)

**AFFIDAVIT OF SERVICE**

Case No. 08 Civ 6437

---

State of New York )
                 ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on July 22, 2008 at approximately 1:15 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Summons in a Civil Action, Rule 7.1 Disclosure Statement of Plaintiffs Burberry Limited (UK) and Burberry Limited (US), Complaint with Exhibits, Individual Practices of Judge Deborah A. Batts revised 7/07, Individual Practices of Magistrate Judge Gabriel W. Gorenstein dated March 14, 2008, and Electronic Case Filing Rules & Instructions May 28, 2008 Edition, that the party served was Ever Mode, Inc., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                        *Mary M. Bonville*
                                                       Mary M. Bonville

Sworn to before me this 22nd day of July, 2008

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010